# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TORAN K. GREEN,

        Petitioner,

v.                                   Case No. 4:15cv350-MW/CJK

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

        Respondent.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 32, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 33. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentences in *State of Florida v. Toran Keith Green*, Gadsden County

Circuit Court Case No. 08-CF-622, is **DENIED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on June 12, 2017.**

                                    <u>**s/Mark E. Walker**</u>            
                                    **United States District Judge**